IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL MORGAN,

    Plaintiff,

vs.                                          CASE NO. 4:10-cv-120-SPM/WCS

UNITED STATES OF AMERICA, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 11). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed an objection (doc. 14). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Plaintiff filed a damages action against the United States and its agents for the failure to notify him upon his arrest of the opportunity, pursuant to Article 36 of the Vienna Convention, to contact the Jamaican Embassy prior to his 1992 conviction. Despite Plaintiff's objections, the Court agrees with the Magistrate

Judge that this case must be dismissed as barred by Florida's four year statute of limitations for actions of this sort, and for failure to state a claim upon which relief may be granted, as it is established in this Circuit that the Vienna Convention does not provide for private damages actions.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 11) is *adopted* and incorporated by reference into this order.

2. This case is *dismissed*. The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. All pending motions are *denied as moot*.

DONE AND ORDERED this tenth day of September, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge